UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA L. PRATHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C13-1858-RSL-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3.  The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 23.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), a de novo hearing, and a new decision.  On remand, the ALJ shall hold a de novo hearing, reevaluate and discuss the opinion of Dr. Jarvis, which contains limitations neither rejected nor incorporated into the RFC; and discuss the opinion of Ms. Waters, which was not mentioned in the hearing decision.  In the light of the above findings, the ALJ shall continue to

REPORT AND RECOMMENDATION
PAGE - 1

1 make findings following the sequential evaluation process.  This order should not be construed

2 as affirming or questioning any other aspect of the prior administrative decisions in this matter.

3 Upon proper application, the Court will consider whether reasonable attorney's fees and

4 costs should be awarded pursuant to 28 U.S.C. § 2412(d).

5 Because the parties have stipulated that the case be remanded as set forth above, the

6 Court recommends that United States District Judge Robert S. Lasnik immediately approve this

7 Report and Recommendation.  The Clerk should note the matter for April 3, 2014 as ready for

8 Judge Lasnik's consideration.

9 A proposed order accompanies this Report and Recommendation.

10 DATED this 3rd day of April, 2014.

JAMES P. DONOHUE
United States Magistrate Judge